# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-12349

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Francine S. Tinoco<br>        Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br>        Movant,<br>   vs.<br><br>Francine S. Tinoco, Debtor, Robert A. MacKenzie, Trustee.<br><br>        Respondents. | No. 2:10-bk-13009-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated May 19, 2005 and recorded in the office of the YUMA County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Francine S. Tinoco has an interest in, further described as:

> PARCEL NO.1:
> The South 159.0 feet of the Northeast quarter of the Southeast quarter of the Southwest quarter of Section 3D, Township 9 South/ Range 22 West of the Gila and Salt River Base and Meridian, Yuma County, Arizona.
> Except an undivided 1/16 of all oil, gases, and other hydrocarbon substances, coal, scone, metals, minerals, fossils and fertilizer of every name and description and except all uranium, thorium, or any other material which is or may be determined by the laws of the State of Arizona, the United States of America, or decisions of COU1-ts to be peculiarly essential to the production of fissionable materials, whether or not of commercial value, as reserved in Section 37-231 Arizona Revised Statutes
> PARCEL NO.2,
> An Easement for ingress and egress over the East 50 feet of the Southeast quarter of the Southeast quarter of the Southwest quarter of Section 30, Township 9 South, Range 22 West of the Gila and Salt River Base and Meridian, Yuma County, Arizona, as created in Docket 1461, page 966, records of Yuma County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.